IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CRUZ,<br><br>            Plaintiff,<br><br>     v.<br><br>M.S. EVANS, et al.,<br><br>            Defendants.<br>_____/ | No. C 09-04448 CW (PR)<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS, DIRECTING PLAINTIFF TO COMPLY WITH COURT ORDER OR FACE DISMISSAL FOR FAILURE TO PROSECUTE |

    Plaintiff Raymond Cruz filed the instant action as a civil action in the Monterey County Superior Court on July 23, 2008. (Docket no. 1.)  At that time, Plaintiff was incarcerated at Salinas Valley State Prison (SVSP).  Thereafter, Defendants removed the action to this Court pursuant to 28 U.S.C. § 1441(b).  On March 17, 2010, the Court found the complaint stated cognizable claims for deliberate indifference to Plaintiff's serious medical needs and to his safety and ordered the complaint served on several Defendants.  The Court directed Defendants to file either a motion for summary judgment or other dispositive motion and informed Plaintiff that he must file opposition to Defendants' motion no later than sixty days from the filing date of the motion.

    On June 3, 2010, Plaintiff filed a notice that he had been released from prison and was residing in Long Beach, California. Subsequently, on August 18, 2010, Plaintiff filed a second notice providing a new address in Long Beach.  Plaintiff did not attach a proof of service to either notice indicating that he notified Defendants of his change of address.

    On November 22, 2010, Defendants filed a motion to dismiss certain of Plaintiff's claims for failure to exhaust administrative

remedies. The proof of service attached to Defendants' motion shows that the motion was sent to Plaintiff at SVSP, not at his Long Beach address. (Docket no. 28.)

In its March 17, 2010 Order of Service, the Court informed Plaintiff of his continuing obligation to keep Defendants apprised of all documents filed by Plaintiff in this case, as follows:

> All communications by Plaintiff with the Court must be served on Defendants, or Defendants' counsel once counsel has been designated, by mailing a true copy of the document to Defendants or Defendants' counsel.

Order at 11:11-14.

Additionally, the Court informed Plaintiff of his continuing obligation to prosecute this action:

> It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion.

Order at 11:15-17.

Despite such admonitions, it appears that Plaintiff failed to notify Defendants of his release from prison and change of address. Consequently, Defendants served Plaintiff at SVSP with their motion to dismiss, even though Plaintiff no longer was incarcerated.

Accordingly, in view of the fact that Plaintiff has not been served with Defendants' motion to dismiss and has not communicated with the Court in the last ten months, the Court, in the interests of the just and efficient resolution of this matter, hereby ORDERS as follows:

1. Defendants' motion to dismiss is DENIED without prejudice to Defendants' renewing such motion, or filing a new dispositive motion, once Plaintiff has notified the Court and Defendants of his continued intent to prosecute this action, as set forth below.

2

2.   No later than **twenty (20)** days from the date of this Order Plaintiff shall inform the Court and notify Defendants' counsel of Plaintiff's current address and whether he intends to proceed with the prosecution of this action.

<u>Plaintiff must file his notice with the Court and also serve his notice on Defendants' counsel.</u>

3.   If Plaintiff states his intention to go forward with this action, Defendants shall renew their motion to dismiss, or file a new dispositive motion, no later than **thirty (30)** days from the date of their receipt of Plaintiff's notice.

4.   Plaintiff <u>shall</u> file an opposition or statement of non-opposition to Defendants' motion no later than **thirty (30)** days from the date he is served with Defendants' motion.

5.   <u>If Plaintiff fails to comply with this Order, this action will be dismissed for failure to prosecute.</u>

This Order terminates Docket no. 28.

IT IS SO ORDERED.

DATED: 8/12/2011

                                       _____
                                       CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CRUZ,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV09-04448 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Cruz
H-42586
2049 W. Cameron St
Long Beach, CA 90810

Dated: August 12, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

4