IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
RAYMOND CRUZ,                          No. C 09-04448 CW (PR)
          Plaintiff,                   ORDER OF DISMISSAL FOR
                                       FAILURE TO PROSECUTE
     v.

M.S. EVANS, et al.,
          Defendants.
_____/
```

Plaintiff Raymond Cruz filed the instant action when he was incarcerated at Salinas Valley State Prison (SVSP). On March 17, 2010, the Court found the complaint stated cognizable claims for deliberate indifference to Plaintiff's serious medical needs and to his safety and ordered the complaint served on several Defendants.

On June 3, 2010, Plaintiff filed a notice that he had been released from prison and was residing in Long Beach, California. Subsequently, on August 18, 2010, Plaintiff filed a second notice providing a new address in Long Beach. Plaintiff did not attach a proof of service to either notice indicating that he notified Defendants of his change of address.

On November 22, 2010, Defendants filed a motion to dismiss certain of Plaintiff's claims for failure to exhaust administrative remedies. The proof of service attached to Defendants' motion shows that the motion was sent to Plaintiff at SVSP, not at his Long Beach address. (Docket no. 28.)

In its March 17, 2010 Order of Service, the Court informed Plaintiff of his continuing obligation to keep Defendants apprised of all documents filed by Plaintiff in this case, as follows:

All communications by Plaintiff with the Court must be

>served on Defendants, or Defendants' counsel once counsel has been designated, by mailing a true copy of the document to Defendants or Defendants' counsel.

Order at 11:11-14.

Additionally, the Court informed Plaintiff of his continuing obligation to prosecute this action:

>It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion.

Order at 11:15-17.

Consequently, in light of Plaintiff's failure to notify Defendants of his change of address and Plaintiff's lack of communication with the Court since August 8, 2010, the Court, by Order dated August 12, 2011, directed Plaintiff to inform the Court and notify Defendants' counsel, within twenty days, of Plaintiff's current address and whether he intends to proceed with the prosecution of this action.  The Court informed Plaintiff that his failure to comply with the Court's Order would result in the dismissal of this action without prejudice for failure to prosecute, pursuant to Rule 41(b).

More than twenty days have passed and Plaintiff has not complied with the Court's Order.  Accordingly, this action is DISMISSED without prejudice for failure to prosecute.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 9/7/2011   
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CRUZ,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV09-04448 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Cruz
H-42586
2049 W. Cameron St
Long Beach, CA 90810

Dated: September 7, 2011

                                       Richard W. Wieking, Clerk
                                       By: Nikki Riley, Deputy Clerk